IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA JAY SANCHEZ,<br>    Petitioner, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION H-05-1447 |
| DOUG DRETKE,<br>    Respondent. | §<br>§<br>§ | |

**FINAL JUDGMENT**

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED with prejudice.

SIGNED the 29th day of April, 2005.

_____
David Hittner
United States District Judge